# IN THE SUPREME COURT OF THE STATE OF NEVADA

DUJUAN DON LOOPER,
                Appellant,

vs.

THE STATE OF NEVADA,
                Respondent.

No. 84804

FILED

JUN 16 2022

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY _____
DEPUTY CLERK

## ORDER DISMISSING APPEAL

This is a pro se appeal from a judgment of conviction. This court's review of this appeal reveals a jurisdictional defect. Specifically, the district court entered the judgment of conviction on May 23, 2014. Appellant did not file the notice of appeal, however, until May 26, 2022, well after the expiration of the 30-day appeal period prescribed by NRAP 4(b). *Lozada v. State*, 110 Nev. 349, 352, 871 P.2d 944, 946 (1994) (explaining that an untimely notice of appeal fails to vest jurisdiction in this court). Accordingly, this court

ORDERS this appeal DISMISSED.

_____, J.
Hardesty

_____, J.
Stiglich

_____, J.
Herndon

22-19136

cc:    Chief Judge, Eighth Judicial District Court
Eighth Judicial District Court, Department 17
Dujuan Don Looper
Attorney General/Carson City
Clark County District Attorney
Eighth District Court Clerk

SUPREME COURT
OF
NEVADA

(O) 1947A